UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

COURT FILE NO: 01-1675 JRT/FLN

---

Leslie E. McNeil,

Plaintiff,

vs.

UNUM Life Ins. Co. of America,

Defendant.

---

## ***STIPULATION OF DISMISSAL***

---

The above-entitled action, having been fully compromised and settled, **IT IS HEREBY STIPULATED** by and between the parties thereto through their undersigned attorneys that the same may be, and it hereby is, dismissed with prejudice and without costs or disbursements to any of the parties.

**IT IS FURTHER STIPULATED** that without further notice, a dismissal with prejudice and without costs or disbursements to any of the parties may be entered herein.

JARDINE, LOGAN & O'BRIEN, P.L.L.P.

BY: ____________________

JAMES J. GALMAN (I.D. NO: 33297)
MARLENE S. GARVIS (I.D. NO: 164082)
8519 Eagle Point Blvd., Suite 100
Lake Elmo, MN 55042
651-290-6500
ATTORNEYS FOR PLAINTIFF

DATED: November 25, 2002

FILED DEC 09 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

KRASS MONROE P.A.

By: ______________________
JOHN HARPER III 41397
Attorneys for Defendant
1650 West 82nd Street
Suite 1100
Bloomington, MN 655431-1447
952-885-5999

DATED: 11-25-02

**ORDER**

IT IS ORDERED that dismissal with prejudice be entered in accordance with the foregoing Stipulation.

Dated this 9th day of December, 2002.

______________________
JUDGE OF UNITED STATES DISTRICT COURT